IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------------------------------------

ALDEN STEWART, et al.,

                                Plaintiffs,

                     -vs-

X-TREME ELECTRIC SCOOTERS, et al.,

                           Defendants.

----------------------------------------------------------

: CASE NO. 1:13 CV 01535

: ORDER ADOPTING THE
: MAGISTRATE JUDGE'S REPORT AND
: RECOMMENDATION

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This matter comes before the Court on United States Magistrate Judge Nancy A. Vecchiarelli's Report and Recommendation ("R&R") advising that entry of default against defendant X-Treme Electric Scooters be vacated and that the claims against it be dismissed. (Doc. 39).  No timely objections to the R&R have been filed. This Court,

having reviewed the R&R and found it to be without error, adopts it as its own.[1]

Therefore, entry of default against X-Treme Electric Scooters is vacated, and the plaintiff's claims against it are dismissed.


IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 7 January 2015

---

[1]Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.